IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES MCNEIL,

       Plaintiff,                    No. 2:09-cv-1959 JFM (PC)

   vs.

TRUST OFFICE RESTITUTION,

       Defendant.               <u>ORDER</u>

_____/

       Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed an in forma pauperis affidavit or paid the required filing fee. <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the appropriate filing fee.

       In accordance with the above, IT IS HEREBY ORDERED that:

       1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

/////

1

1      2. The Clerk of the Court is directed to send plaintiff a new Application to
2 Proceed In Forma Pauperis By a Prisoner.
3 DATED: July 29, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

/md/001
mcne1959.3a

1
2
3
4
5                             IN THE UNITED STATES DISTRICT COURT
6                            FOR THE EASTERN DISTRICT OF CALIFORNIA
7
8            Plaintiff,                          No. 2:#cv-
9     vs.
10                                               SUBMISSION OF
11           Defendants.                         IFP or FILING FEE
12   _____/
13         Plaintiff hereby submits the following document in compliance with the court's order filed _____:
14              _____         IFP affidavit
15              _____         The appropriate filing fee
16   DATED:
17
18                                                        _____
19                                                        Plaintiff
20
21
22
23
24
25
26